AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas
### Fayetteville Division

United States District Court
Southern District of Texas
**FILED**

JAN 17 2023

**Nathan Ochsner, Clerk**

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 5:22CR50058-003 |
| ) | M-23-0079-M-003 |
| Brandon Lee Garza ) | |
| a/k/a "Juan" a/k/a "Juan Carlos" ) | |
| a/k/a "J" ) | |
| *Defendant* ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Brandon Lee Garza**, who is accused of an offense or violation based on the following document filed with the court:

√ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

One count of conspiracy to distribute 5 kilograms or more of a mixture or substance that contained a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II), and 21 U.S.C. § 846.

Date: September 21, 2022

*Michelle McEntire*
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Jamie K. Giani, U.S. Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 01/14/2023, and the person was arrested on *(date)* 01/14/2023 at *(city and state)* STARR COUNTY, TX.

Date: 01/14/2023

*Josephine Rodriguez, DEO*
*Arresting officer's signature*
Josephine Rodriguez, DEO
c/o Joel Leal, DUSM
*Printed name and title*